Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB No. 3032

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Bkr. Case No. 09-00921-JDP |
| MERRILL, COLLEEN, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**RESPONSE TO OBJECTION TO CLAIM OF EXEMPTION, DOCKET NO. 32**

COMES NOW the Debtor, by and through her counsel of record, Randal J. French of the firm of Bauer & French, and responds to the Trustee's Objection to Claim of Exemption, Docket No. 32. Debtors respectfully disagree with the Trustee's position and the Trustee's analysis. Debtor requests that this objection be set for a hearing.

Wherefore, Debtor requests a hearing on this matter and for the Court to overrule the Trustee's Objection to Claim of Exemption.

DATED this   25   day of June, 2009.

BAUER & FRENCH

/s/
Randal J. French of the firm, Attorney for Debtor

## CERTIFICATION OF SERVICE

      I hereby certify that on the __25__ day of June, 2009, a true and correct copy of the foregoing was served upon:

| | |
|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712-7764 | ☐ First Class Mail<br>☐ Hand Delivery<br>☒ Electronic Notice<br>☐ Facsimile |
| Jeremy Gugino, Chapter 7 Trustee<br>111 Broadway Ave Ste 101<br>PMB 222<br>Boise, ID 83702 | ☐ First Class Mail<br>☐ Hand Delivery<br>☒ Electronic Notice<br>☐ Facsimile |

/s/ _____
Randal J. French